UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MELONIE  MONTOUTE,                  §
                                    §
        Plaintiff,                  §
VS.                                 §      CIVIL ACTION NO. 4:17-CV-01369
                                    §
SENIOR PSYCHCARE / MEDIPSYCH,       §
                                    §
        Defendant.                  §

## OPINION AND ORDER

Pending before the Court in the above-referenced cause is Plaintiff Melonie Montoute's ("Montoute") Motion for Extension of Time to Relocate Defendant Senior Psychcare/Medipsych ("Psychcare") ("Motion"), Doc. 3. After careful consideration of the filings, record, and law, the Court is of the opinion that the motion should be granted.

On June 16, 2017, Montoute filed her Motion alleging that "Defendant [Psychcare] has relocated their Business without any forwarding address according to the postal service." Thus, Montoute requests "an extension so I can find [Psychcare] and serve them accordingly." Doc. 3. On November 2, 2017, a Notice of Resetting was issued, including a note that "Plaintiff has until 11/10/2017 to effect service on Defendant." Doc. 5. Accordingly, the Court hereby

**GRANTS** Montoute's Motion as of November 10, 2017.

But should Montoute not serve Psychcare within 90 days of that date, the Court will dismiss Montoute's claim without prejudice. *See* FED. R. CIV. P. 4(m); *Collins v. WAFB. LLC*, CV 16-15648, 2016 WL 7325147, at *3 (E.D. La. Dec. 16, 2016) (holding that that pro se parties "are held accountable for complying with the Federal Rules of Civil Procedure and Local Rules of Court, along with Court orders.")

SIGNED at Houston, Texas, this 2nd day of February, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE